```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**COBY TOWNSEND HURST**                                                    PLAINTIFF

          v.          Civil No. 10-5127

**1ST DISCOUNT BROKERAGE, INC.;
RIDGE CLEARING & OUTSOURCING
SOLUTIONS, INC.; BILL CRAFT;
and RAY ROGERS**                                                        DEFENDANTS

### O R D E R

Now on this 18th day of July, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #71), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for reasons stated in the **Magistrate Judge's Report And Recommendation**, the **Motion To Dismiss Or, Alternatively, Motion To Compel Arbitration** (document #12) and **Motion To Dismiss Amended Complaint Or, Alternatively, Motion To Compel Arbitration Of Issues Presented In Plaintiff's Amended Complaint** (document #53) of defendants 1st Discount Brokerage, Inc.; Ridge Clearing & Outsourcing Solutions, Inc.; and Ray Rogers are **denied without prejudice**.

**IT IS FURTHER ORDERED** that, for reasons stated in the

**Magistrate Judge's Report And Recommendation,** the letter request for dismissal of separate defendant Bill Craft (document #42) is **denied.**

  **IT IS SO ORDERED.**

                   /s/ Jimm Larry Hendren
                 **JIMM LARRY HENDREN**
                 **UNITED STATES DISTRICT JUDGE**